Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

| | |
|---|---|
| Roland Pelletier <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> St of Fl ET AL <br> Brevard county <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. 6:23-CV-205-PGB-DCI <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No |

FILED 2023 FEB -3 PM 4:23 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Roland Pelletier
   Address: 860 Cam P Rd
   Cocoa, Fl 32927
   City / State / Zip Code
   County: Brevard county jail
   Telephone Number:
   E-Mail Address:

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Chief Singletary
   Job or Title (if known): jail administrator
   Address: 860 Camp Rd
   Cocoa, Fl 32927
   City / State / Zip Code
   County: Brevard
   Telephone Number:
   E-Mail Address (if known):

   [X] Individual capacity   [X] Official capacity

   Defendant No. 2
   Name: Smart Communication
   Job or Title (if known): telephone company of BCJC
   Address: 10941 72nd St
   Seminole, Fl 33777
   City / State / Zip Code
   County: Seminole
   Telephone Number:
   E-Mail Address (if known):

   [X] Individual capacity   [X] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
   Name: St of Fl
   Job or Title (if known): State
   Address: 401 Monroe Ave
   Tellchassee     Fl     32301
   City            State     Zip Code
   County: Leon County
   Telephone Number:
   E-Mail Address (if known):

   ☒ Individual capacity    ☒ Official capacity

Defendant No. 4
   Name: Wayne Ivey
   Job or Title (if known): Sheriff
   Address: 700 Park Ave
   Titusville     Fl     32780
   City           State     Zip Code
   County: Brevard
   Telephone Number:
   E-Mail Address (if known):

   ☒ Individual capacity    ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   Depriment of Due Process Unconstitutional policy
   Depriment of 6th Ammendment
   Deprivment of 8th and 14th Ammendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Deliberate act to impose a policy to prevent direct contact w/ courts.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Brevard County Jail complex

B. What date and approximate time did the events giving rise to your claim(s) occur?

Everyday

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

When jail changed phone providers all I/m lost there 1 free call a week and also the direct contact w/ the clerk of courts to communicate w/ courts and to exercise Right to due process.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. extended Incarceration emotional distress, indirectly excessive force and cruel unusual Punishment, mental anguish

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Injunctive relief to order jail to allow or impose new policy allow my I/m to have free legal calls, direct contact w/ courts either daily or upon Request. Any Relief determined by the courts.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-26-2023

Signature of Plaintiff: Roland Pelletier
Printed Name of Plaintiff: Roland Pelletier

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
            City    State    Zip Code
Telephone Number _____
E-mail Address _____

2023 FEB -3 PM 4:23
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

1:22 CV 00297 JDL

1-26-23 officer Stenlake and corporal Cassirio no enforce of cleaning tables. On night shift officer Figner and Clayoff no enforce of tables.
1-27-23 officer Allen and another officer no enforce of cleaning tables. Corporal Self and officer Clayton no enforce of tables being cleaned. 2 days now not being cleaned and I/m sitting, eating, and germs on top of them being soiled w/ food on end of thru the days. We only have one uniform issued sometimes some uniform pants for weeks as they have frequent shortages more and more recently and some uniforms sleep, eat and have recreation in as well as workout in.
1-28-23 Same situations with corporal hutchinson Fto Edwards and 2 trainees all see visible soiled tables throughout the day no enforcement corporal Self again on in evening time all of us I/m in two bravo lockdown majority of the night because of shortage in staff inflicting cruel unusual punishment on population tables still dirty throughout the night Lt hernandez and Sgt Idleburgh as well as around 4am sgt wiggins comes thru. After Breakfast still no cleaning of tables nor sanitization. Sgt wiggins also closes the door of the "communal" Bathroom" which in about two weeks has had roughly 40 inmates use 3 flooded toilet incidents with feces floating on floor and still no bleach or chemicals used to clean. Same issue

with Cell 226. This is also going to be my last documentation as it seems us district courts Do NOT CARE AND US Courts want to blame TRUMP for white house on 1-6-@ Maybe trump supporters have had enough and him losing was final straw to the unjust system like what will it take for courthouses to have to tighten Security or perhaps a January 6 at court hiuses? Its time for change!! I can assist in Return to benefit both sides of the fences as well. Together we can make America greater, safer and more human. Take care God Bless All involved. I hope it doesnt take an outbreak or mass illness for action by proper agencies.      Roland Pelleter 287YM
                                                        860 Camp Rd
                                                        Cocoa fl 32927